FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JUL 12 AM 10: 42
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

AMERIS BANK, as assignee of )
the Federal Deposit Insurance )
Corporation, receiver of )
Darby Bank and Trust Co., )
)
    Plaintiff, )
)
v. ) CASE NO. CV411-030
)
CASTLE HOME BUILDERS, INC. )
and TAMMY JO LONG, )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of July 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA