IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AMERIS BANK, as assignee of the Federal Deposit Insurance Corporation, receiver of Darby Bank and Trust Co., <br><br> Plaintiff, <br><br> v. <br><br> CASTLE HOME BUILDERS, INC. and TAMMY JO LONG, <br><br> Defendants. | CASE NO. CV411-030 |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA